UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division



FILED BY _____ D.C.

05 AUG 11 PM 4: 24

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

-v-

Case No. 2:05cr20097-001Ma

**DENISE ROBINSON**

## ORDER SETTING
## CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case.

(2) The defendant **shall immediately advise** the court, Pretrial Services Office, Probation Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3) The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear for Arraignment in the United States Courthouse and Federal Building in Courtroom Courtroom # on Day, Date, at Time.

## ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

### Unsecured Financial Condition

- The defendant executes an unsecured bond binding the defendant to pay the United States the sum of **$4500** in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

- report as directed by the Pretrial Services Office.

- Maintain or actively seek employment.

- Surrender any **passport** to Clerk, U.S. District Court. The defendant is allowed to retrieve her passport to allow travel out of the country on trips beginning November 5, 2005 and December 22, 2005, and is to return her passport to the Clerk's Office following each trip; and is to obtain no new passport.

- 

## ADVICE OF PENALTIES AND SANCTIONS

AO 199A Order Setting Conditions of Release

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-16-05

9

**TO THE DEFENDANT:**

## YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Denise Robinson_
Signature of Defendant

Denise Robinson
625 W. Jackson, Unit 208
Chicago, IL 60661-5610
312-669-1740

## DIRECTIONS TO THE UNITED STATES MARSHAL

☐ The defendant is **ORDERED** released after processing.
☐ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:   August 10, 2005

*S. Thomas Anderson* (signature)
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20097 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT