IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 11 PM 4: 24

[CLERK STAMP]

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Cr. No. **05-20097-Ma**

**DENISE ROBINSON**,

    Defendant.

---

## ORDER ON ARRAIGNMENT

---

This cause came to be heard on _____, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME: **CLIFF HARVIEL**
ADDRESS: _____
TELEPHONE: _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

   ✓ The defendant, who is not in custody, may stand on his/her present bond.

   ___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                                                       _S. Thomas Anderson_
                                                     United States Magistrate Judge

Charges: **INTERFERENCE w/ SECURITY SCREENING PERSONNEL; ASSAULTING A FEDERAL OFFICER**

Assistant U.S. Attorney assigned to case: **GOODWIN**

**Rule 32 NOT WAIVED.**

The defendant's age is: **42**.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **8-16-05**

*10*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20097 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT