IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                      NO. 05-20097-Ma

DENISE ROBINSON,

    Defendant.

ORDER WAIVING APPEARANCE AT REPORT DATE

Before the court is the December 22, 2005, motion of defendant Denise Robinson, to waive her appearance at the report date on December 23, 2005.

The defendant's signed waiver of appearance was submitted with the motion. For good cause shown, Denise Robinson's appearance is waived at the report date set on December 23, 2005, based on her written waiver.

It is so ORDERED this 28th day of December, 2005.

                       SAMUEL H. MAYS, JR.
                       UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-29-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20097 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT